UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE TRI-STATE WATER RIGHTS LITIGATION : : | CASE NO. 3:07-MD-1-PAM-JRK |

**<u>NOTICE OF FILING COURTESY HYPER-LINKED COPIES OF THE STATE OF ALABAMA AND STATE OF FLORIDA'S JOINT FILINGS FROM JANUARY 23, 2009 (DOCS 191 & 192), MARCH 2, 2009 (DOCS 25, 217, 245), AND MARCH 27, 2009 (DOCS 234, 235, 237)</u>**

The State of Alabama and the State of Florida hereby notify the Court and the parties that on April 3, 2009, they transmitted a courtesy copy of a Kingston Technology 8 GB DataTraveler Complete Portable Drive ("Complete Portable Drive") to the Court by overnight courier for filing in the above-captioned matter, and state as follows:

1. On January 23, 2009, the State of Alabama and the State of Florida filed their Joint Motion and Memorandum for Partial Judgment on all Phase 1 Claims (the "Joint Motion") (Doc. 191) and their Factual Appendix in Support of the Joint Motion and Memorandum for Partial Judgment on all Phase 1 Claims (the "Factual Appendix") (Doc. 192).

2. On February 18, 2009, Alabama and Florida filed a Notice of Filing Courtesy Hyper-Linked Copies of the Joint Motion and Factual Appendix (Doc. 204). The courtesy portable drive filed by Doc. 204 was placed in the Court's docket on February 19, 2009 (Doc. 205). The Complete Portable Drive transmitted herein contains all of the same documents as

the subject of Doc. 204, plus the additional March 2, and March 27, 2009 Joint Filings, and is intended to replace the courtesy portable drive filed previously with Doc. 204.

3. On March 2, 2009, Alabama and Florida filed their Joint Response in Opposition to the Georgia Parties' Motion for Summary Judgment on Phase I Claims (Doc. 217), their Joint Response in Partial Opposition to Southeastern Federal Power Customers, Inc.'s Motion and Memorandum in Support of Summary Judgment (Doc. 245, in *3:08-cv-640*), and their Joint Response to the City of Columbus and Columbus Water Works' Motion for Partial Summary Judgment and Supporting Brief (Doc. 25, in *3:07-cv-1033*), collectively the "March 2, 2009 Joint Filings."

4. On March 27, 2009, Alabama and Florida filed their Joint Opposition to Federal Defendants' Motion for Summary Judgment and Reply to Federal Defendants' Opposition to Alabama and Florida's Joint Motion for Partial Judgment on Phase 1 Claims (Doc. 237), their Reply to the Georgia Parties' Opposition to the Joint Motion for Partial Judgment on Phase 1 Claims (Doc. 234) and their Joint Response to the Georgia Parties' Document Titled "Statement of Contested Material Facts" (Doc. 235), collectively the "March 27, 2009 Joint Filings."

5. The Joint Motion and Factual Appendix, the March 2, and March 27, 2009 Joint Filings, contain numerous citations to the Phase 1 Administrative Record filed in this matter, as well as to pleadings and documents filed in the related District Court cases and United States Courts of Appeals cases, case law, oral argument testimony, and information and documents contained on certain websites in the Administrative Record.

6. To facilitate this Court's ability to easily locate the record citations in the voluminous record filed in this matter, as well as other authorities, Alabama and Florida have prepared hyper-linked versions of the Joint Motion, Factual Appendix, the March 2, 2009 and the March 27, 2009 Filings, and have placed them on the Complete Portable Drive.

**LOCATION OF DOCUMENTS ON THE COMPLETE PORTABLE DRIVE**

7. The Joint Motion (Doc. 191) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on January 23, 2009, with the corrected version of page 71 (Doc. 199) inserted. The Joint Motion is located on the Complete Portable Drive in a separate folder entitled "Joint Motion and Factual Appendix (filed 1-23-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

8. The Factual Appendix (Doc. 192) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on January 23, 2009, with corrected versions of pages 168 and 169 (Doc. 203) inserted. The Factual Appendix is located on the Complete Portable Drive in a separate folder entitled "Joint Motion and Factual Appendix (filed 1-23-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

9. The Joint Response in Opposition to the Georgia Parties' Motion for Summary Judgment on Phase I Claims (Doc. 217) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on March 2, 2009, and is located in a separate folder entitled "Responses to Summary Judgment Motions (filed 3-2-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

10. The Joint Response in Partial Opposition to Southeastern Federal Power Customers, Inc.'s Motion and Memorandum in Support of Summary Judgment (Doc. 245, in *3:08-cv-640*) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on March 2, 2009, and is located in a separate folder entitled "Responses to Summary Judgment Motions (filed 3-2-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

11. The Joint Response of the State of Alabama and the State of Florida to the City of Columbus and Columbus Water Works' Motion for Partial Summary Judgment and Support Brief (Doc. 25, in *3:07-cv-1033*) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on March 2, 2009, and is located in a separate folder entitled "Responses to Summary Judgment Motions (filed 3-2-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

12. The Joint Opposition to Federal Defendants' Motion for Summary Judgment and Reply to Federal Defendants' Opposition to Alabama and Florida's Joint Motion for Partial Judgment on Phase 1 Claims (Doc. 237) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on March 27, 2009, and is located in a separate folder entitled "Reply and Response Memos (filed 3-27-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

13. The Reply to the Georgia Parties' Opposition to the Joint Motion for Partial Judgment on Phase 1 Claims (Doc. 234) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on March 27, 2009, and is located in a separate folder

entitled "Reply and Response Memos (filed 3-27-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

14. The Joint Response to the Georgia Parties' Document Titled "Statement of Contested Material Facts" (Doc. 235) saved on the Complete Portable Drive is an identical copy of what was filed with the Court on March 27, 2009, and is located in a separate folder entitled "Reply and Response Memos (filed 3-27-09)." To view the documents in the folder, click on the folder and each document will be listed individually.

15. The Complete Portable Drive also contains copies of documents cited in the Joint Motion, Factual Appendix, March 2, and March 27, 2009 Filings, including:

    a. Phase 1 Administrative Record documents, as filed by the United States Army Corps of Engineers (Doc. 104, 106)[1] and as provided in the Supplemental Administrative Record;[2]

    b. Florida's Notice of Filing Declarations and Declarations in Support of the State of Alabama and State of Florida's Joint Motion and Memorandum in Support of Joint Motion for Partial Judgment on all Phase 1 Claims (Doc. 193);

---

[1] On August 12, 2008, this Court entered an Order "flipping" the phases in the litigation of this matter. *See* Doc. 142. Therefore, although the Administrative Record filed by the Federal Defendants in April 2008 is referred to as the "Phase 2" Administrative Record, it is actually the Administrative Record for Phase 1. (*See* Doc. 106, which encompasses administrative record documents Bates-labeled with the prefix "ACF").

[2] The Federal Defendants provided the Supplemental Administrative Record, which encompasses documents Bates-labeled with the prefix "SUPPAR," to the parties in this litigation in several installments, including on October 24, 2008, November 5, 2008, and December 5, 2008, December 11, 2008 and December 18, 2008. *See* Doc. 177 and Doc. 185. On March 20, 2009, the Federal Defendants certified the Supplemental Administrative Record (Doc. 230), copies of which were docketed with this Court on March 23, 2009 (Doc. 231).

   c. Alabama's Notice of Filing of Evidentiary Materials and Evidentiary Materials in Support of the State of Alabama's and State of Florida's Joint Motion and Memorandum in Support of Joint Motion for Partial Judgment on all Phase 1 Claims (Doc. 194);

   d. Copies of related court filings, which, to the extent possible have been identified by their docket entry number;

   e. Copies of case law cited in the Joint Motion, Factual Appendix, March 2, and March 27, 2009 Filings;

   f. Copies of information and documents contained on certain websites in the Administrative Record as stipulated to by the parties. *See* Doc. 160.

## **INSTRUCTIONS FOR VIEWING HYPER-LINKED DOCUMENTS**

  16. As described above, the Joint Motion, Factual Appendix, March 2, 2009 and March 27, 2009 Filings are located in the Complete Portable Drive in three separate folders. The remaining materials in the Complete Portable Drive are saved in alphabetical order so that the Administrative Record documents are listed by their Bates-label number, and other materials are listed by the docket entry number and their name and/or title.

  17. To view the documents referenced in the Factual Appendix, click on the bookmarked record citation (which will be contained in a box), and it will take the user directly to the hyper-linked document and/or page cited.  The referenced document will open in a separate window.

  18. To view documents referenced in the Joint Motion, March 2, and March 27, 2009 Filings, click on the bookmarked record citation (which will be contained in a box), and

it will take the user directly to the paragraph in the Factual Appendix and/or hyper-linked document and page cited. The referenced document will open in a separate window.

19. When done viewing the hyper-linked document, close the new window in which the hyper-linked document opened. This can be done by clicking the small gray shaded "x" in the Adobe Acrobat window, just below the larger red "x"; note that clicking the larger red "x" will exit out of Adobe completely. Once the new window is closed, the user should be taken immediately back to the original document (i.e., the Joint Motion or the Factual Appendix).

Dated: April 3, 2009.

Respectfully submitted,

/s/ James T. Banks
James T. Banks
HOGAN & HARTSON, LLP
555 13th Street, N.W.
Washington, D.C. 20004
(202) 637-5802
jtbanks@hhlaw.com

*ON BEHALF OF:*

**COUNSEL FOR THE STATE OF FLORIDA:**

Bill McCollum
ATTORNEY GENERAL
Jonathan A. Glogau
Chief, Complex Litigation
The Capitol, Suite PL-01
Tallahassee, FL  32399
(850) 414-3300
jon.glogau@myfloridalegal.com

Parker D. Thomson
HOGAN & HARTSON, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL  33139
(305) 459-6678
pdthomson@hhlaw.com

Thomas R. Wilmoth
Donald G. Blankenau
Husch Blackwell Sanders LLP
206 S. 13th Street, suite 1400
Lincoln, NE  68508
(402) 458-1500
tom.wilmoth@huschblackwell.com
don.blankenau@huschblackwell.com

Christopher M. Kise
Foley & Lardner LLP
106 East College Avenue
Tallahassee, FL  32301
(850) 513-3367
ckise@foley.com

**COUNSEL FOR THE STATE OF ALABAMA:**

William D. Little, III
Assistant Attorney General for the State of Alabama
ATTORNEY GENERAL'S OFFICE
11 South Union Street
Montgomery, AL  36130

William S. Cox, III
W. Larkin Radney, IV
Lightfoot, Franklin & White, L.L.C.
400 North 20th Street
Birmingham, AL  35203
(205) 581-0700
wcox@lfwlaw.com
lradney@lfwlaw.com

/s/ Matthew H. Lembke
Matthew H. Lembke
Joel M. Kuehnert
Bradley Arant Boult Cummings, LLP
1819 5th Avenue North
Birmingham, AL  35203
(205) 521-8560
mlembke@ba-boult.com
jkuehnert@ba-boult.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that the foregoing Notice of Filing was filed with the Clerk of the Court using the CM/ECF system, and was served upon counsel of record and all parties to this proceeding registered with the federal court system by electronic means on April 3, 2009.  A copy of the Complete Portable Drive also was served on all lead counsel of record by overnight mail.

                                    /s/   James T. Banks