# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

In re Tri-State Water Rights Litigation          Case No. 3:07-md-00001 (PAM/JRK)

**ORDER**

---

This matter is before the Court on two Motions: Alabama Power Company's Motion for Correction, and the City of Columbus and Columbus Water Works' Motion for Clarification.

Alabama Power Company ("APC") asks the Court to correct its recent Order, which denied APC's Motion for Summary Judgment. APC joined in the summary judgment motions of Alabama and Florida. Thus, to the extend that those motions were granted, APC's Motion also should have been granted.

Columbus and Columbus Water Works ("CWW") contend that the Order purported to dismiss as moot their claims arising out of the Corps's operation of West Point Dam. The Order, however, addressed only the Corps's operation of Buford Dam. Thus, if Columbus and CWW believe that their claims regarding West Point Dam are not moot, they are free to so argue in Phase 2 of this litigation.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    Alabama Power Company's Motion for Correction (Docket No. 267) is

      **GRANTED**; and

2.    Columbus and Columbus Water Works' Motion for Clarification (07-md-01

      Docket No. 269; 07-1033 Docket No. 33) is **GRANTED**.

Dated:   August 5, 2009

                                          *s/Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge

2