UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| *In re: Tri State Water Rights Litigation* | Case No. 3:07-MD-1-PAM/JRK |
| | Member Cases: |
| | *Alabama v. United States Army Corps of Engineers*, Case No. 3:07-cv-249 (M.D. Fla.)("*Alabama*") |
| | *State of Georgia v. United States Army Corps of Engineers*, Case No. 3:07-cv-252 (M.D. Fla.)("*Georgia I*") |
| | *City of Apalachicola v. United States Army Corps of Engineer*s, Case No. 3:08-cv-233 (M.D. Fla.) ("*Apalachicola*") |
| | *Southeastern Federal Power Customers, Inc. v. Geren*, Case No. 3:08-cv-640 (M.D. Fla.)("*SeFPC*") |

## <u>AMENDED JOINT NOTICE OF APPEAL</u>

On September 14, 2009, the State of Georgia, the Atlanta Regional Commission, the City of Atlanta, Georgia, Fulton County, DeKalb County, the Cobb County-Marietta Water Authority, the City of Gainesville, Georgia, and the Lake Lanier Association (collectively the "Georgia Parties") filed a Joint Notice of Appeal from the Order dated July 17, 2009 (the "July 17 Order") pursuant to 28 U.S.C. § 1292(a)(1), which the Georgia Parties incorporate by reference as if fully set forth herein.

The Georgia Parties hereby amend their September 14, 2009 Joint Notice of Appeal also to appeal the July 17 Order to the Untied States Court of Appeals for the Eleventh Circuit, pursuant to 28 U.S.C. § 1291, as a final judgment in *State of Georgia v. United States Army Corps of Engineers*, Case No. 3:07-cv-252 (M.D. Fla.) ("*Georgia I*").

As the Georgia Parties stated in their motion to the district court requesting entry of final judgment in a separate document under Rule 58(d) of the Federal Rules of Civil Procedure, the July 17 Order appears to be a final judgment in *Georgia I* because it disposed of all claims in that litigation. Although the district court declined to enter final judgment in a separate document, the court also acknowledged that it had in fact "resolved the legal issues raised by the *Georgia I* Complaint," *see* Order of Oct. 5, 2009 [Doc. 63] at 2. Thus, the Georgia Parties, out of an abundance of caution, file this notice of appeal to protect their right to appeal and to facilitate the orderly resolution by the Court of Appeals of the important legal questions resolved by the July 17 Order. *See* FED. R. CIV. P. 58(b)-(c); Fed. R. App. Proc. 4(a)(7)(B) (failure to enter judgment on a separate document does not affect the validity of an appeal); *LeBoon v. Lancaster Jewish Community Center Ass'n,* 503 F.3d 217, 224 (3d Cir. 2007) (party may waive application of separate document rule and appeal without waiting for entry of judgment as provided in Rule 58(c)).

Respectfully submitted this 19th day of October, 2009.

THURBERT E. BAKER
Georgia Bar No. 033887
Attorney General
Robert S. Bomar
Georgia Bar No. 066400
Deputy Attorney General
Isaac Byrd
Georgia Bar No. 101150
Deputy Attorney General

/s/ R. Todd Silliman
Bruce P. Brown
Georgia Bar No. 064460
R. Todd Silliman
Georgia Bar No. 646005
John C. Allen
Georgia Bar No. 159073

MCKENNA LONG & ALDRIDGE, LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, Georgia 30308
Phone: (404) 527-4000
Fax: (404) 527-4198

*Attorneys for the State of Georgia*

/s/ Lewis B. Jones
Lewis B. Jones
Georgia Bar No. 042498
Patricia T. Barmeyer
Georgia Bar No. 038500

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Phone: (404) 572-4600
Fax: (404) 572-5100
lbjones@kslaw.com

*Attorneys for the Atlanta Regional Commission, the City of Atlanta, Georgia, Fulton County, DeKalb County, the Cobb County-Marietta Water Authority, and the City of Gainesville, Georgia*

/s/ Clyde Y. Morris
Clyde Y. Morris
Georgia. Bar No. 523725
2375 Whippoorwill Lane
Gainesville, Georgia 30501
Phone: (404) 403-4625
Fax: (678) 943-1817

*Attorney for Lake Lanier Association*

## CERTIFICATE OF SERVICE

  This is to certify that on October 19, 2009, a true and correct copy of the foregoing AMENDED JOINT NOTICE OF APPEAL was filed with the Clerk of the Court using the CM/ECF system, and was served upon counsel of record for all parties by electronic means through the CM/ECF system.

              /s/ John C. Allen

              *Attorney for the State of Georgia*