UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| *In re Tri State Water Rights Litigation* | Case No. 3:07-MD-1-PAM <br><br> Member Case: <br> *State of Georgia v. United States Army Corps of Engineers,* Member Case No. 3:07-cv-252 (*"Georgia I"*) |

### AMENDED NOTICE OF APPEAL OF GWINNETT COUNTY, GEORGIA

On September 14, 2009, Gwinnett County, Georgia ("Gwinnett County") filed its Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's Order dated July 17, 2009 [Doc. 264, 3:07-md-1], pursuant to 28. U.S.C. § 1292(a)(1).[1] (Notice of Appeal of Gwinnett County, Georgia [Doc. 272, Case No. 3:07-md-1].) Gwinnett County hereby amends its September 14, 2009 Notice of Appeal to include not only the injunctive relief provisions of the July 17, 2009 Order pursuant to 28 U.S.C. § 1292(a)(1), but also as its appeal from the final judgment pursuant to 28 U.S.C. § 1291 in *State*

---

[1] Gwinnett County incorporates by reference its September 14, 2009 Notice of Appeal as if set forth fully herein.

*of Georgia v. United States Army Corps of Engineers*, Case No. 3:07-cv-252 ("*Georgia I*").[2]

The State of Georgia, the Atlanta Regional Commission, the City of Atlanta, Georgia, Fulton County, DeKalb County, the Cobb County-Marietta Water Authority, the City of Gainesville, Georgia, and the Lake Lanier Association (collectively, the "Georgia Parties") filed an Amended Joint Notice of Appeal [Doc. 286, 3:07-md-1] on October 19, 2009.  As stated in the Georgia Parties Amended Joint Notice of Appeal, the Court's July 17, 2009 Order is a final judgment.  (Am. Joint Notice of Appeal at 2.)  In its July 17, 2009 Order, the Court disposed of the legal issues raised in the *Georgia I* action.  While the District Court declined entry of final judgment, the Court earlier noted that the July 17, 2009 Order "resolved the legal issues raised by the *Georgia I* Complaint."  (*See* Oct. 5, 2009 Order [Doc. 63, Case No. 3:07-cv-252] at 2.)

Gwinnett County files this amended notice of appeal to protect its right to appeal the legal issues raised in *Georgia I* and to effect an orderly resolution by the Court of Appeals of the legal issues raised in *Georgia I* arising out of the

---

[2] Gwinnett County does not alter its appeal from the interlocutory aspects of the injunctive relief ordered in connection with *Southeastern Federal Power Customers, Inc. v. Geren, et al.*, Member Case No. 3:08-cv-640 (*"SeFPC"*).

- 3 -

July 17, 2009 Order.  *See* Fed R. Civ. P. 58(b)-(c); Fed. R. App. P. 4(a)(7)(B) (stating that validity of an appeal is not affected by failure to enter judgment in a separate document).

Respectfully submitted, this 22nd day of October, 2009.

TROUTMAN SANDERS LLP

/s/ Natalie D. Sacha
William M. Droze
Georgia. Bar No. 231039
Gregory W. Blount
Georgia. Bar No. 064375
Natalie D. Sacha
Georgia Bar No. 558276

Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, Georgia 30308
(404) 885-3000 (T)
(404) 885-3900 (F)

Attorneys for Gwinnett County

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that on October 22, 2009, a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System and served to all counsel of record for all parties to this proceeding by means of electronic notification.

/s/ Natalie D. Sacha
Natalie D. Sacha
Georgia Bar No. 558276