UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

In re Tri-State Water Rights Litigation          Case No. 3:07-md-00001 (PAM/JRK)

**ORDER**

---

This matter is before the Court on the Georgia Parties' Joint Notice of Intention to Call Experts on Remedies Issues. The Fifth Amended Scheduling Order required the parties to this litigation to identify by October 1, 2009, any expert witnesses they intend to call "as to any Phase 2 issue." (July 21, 2009, Order at 2.) The Georgia Parties disavow any intent to call an expert witness as to the merits of their Phase 2 claims, but ask leave of Court to allow them to call expert witnesses should the Court find it necessary to fashion a remedy for the statutory violations at issue in Phase 2.

Florida, Alabama, and the Federal Defendants oppose the Georgia Parties' request, contending that it is premature to rule on the necessity of expert witnesses as to any potential remedy. The Court agrees and will deny the Georgia parties' request without prejudice. The Georgia parties are free to renew their request for expert witness testimony if and when the Court reaches the issue of appropriate remedies.

Accordingly, **IT IS HEREBY ORDERED** that the Joint Notice of Intention to Call Experts on Remedies Issues (Docket No. 277) is **DENIED without prejudice**.

Dated: <u>Thursday, October 29, 2009</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge
