United States District Court
for the Middle District of Florida

|  |  |
|---|---|
| In re Tri-State Water Rights Litigation | ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:07-md-00001 (PAM) (HTS)

**Unopposed Motion
to Extend Time**

The Federal Defendants hereby move the Court for an extension of time for the United States' Reply. For the reasons discussed below, the Federal Defendants request that the date for the Reply be extended until May 3, 2010. All parties to this action have been consulted and this motion is unopposed. In support of this motion, the Federal Defendants state as follows:

1.  This Court entered an Order on March 8, 2010, granting the Federal Defendants' Motion for Leave to File Reply and directing that the Reply be filed by April 5, 2010 (Doc. 345).

2.  The lead counsel for the Federal Defendants responsible for preparing the Reply, James Maysonett, was scheduled to begin paternity leave shortly after the Reply was to be filed.

3.  Instead, Mr. Maysonett's paternity leave began on March 22, 2010, earlier than anticipated due to the early arrival of his son.

4.  Due to Mr. Maysonett's need to begin paternity leave earlier than expected, Mr. Maysonett's responsibilities will have to be reassigned to co-counsel, Clifford Stevens.

5.  Mr. Stevens needs additional time to come up to speed on the additional issues being previously handled by Mr. Maysonett and will need more time to properly prepare the Reply. In addition, Mr. Stevens already had a major filing in another Multi-District Litigation

proceeding due on April 21, 2010, which cannot be extended.

6. For these reasons, the Federal Defendants seek an extension until May 3, 2010, to file the Reply.

Respectfully submitted this 24th day of March, 2010.

                IGNACIA S. MORENO,
                Assistant Attorney General
                United States Department of Justice
                Environment and Natural Resources Division

                JACK K. HAUGRUD, Chief

                /s/ Ruth Ann Storey
                RUTH ANN STOREY, Trial Attorney
                Natural Resources Section

                JEAN E. WILLIAMS, Chief

                JAMES MAYSONETT, Trial Attorney
                Wildlife and Marine Resources Section

United States District Court
for the Middle District of Florida

|  |  |
|---|---|
| In re Tri-State Water Rights Litigation | Case No. 3:07-md-00001 (PAM) (HTS)<br><br>**[Proposed] Order** |

This matter is before the Court on the Unopposed Motion to Extend Time. The Federal Defendants seek to extend the date for the United States' Reply to May 3, 2010.

Accordingly, **IT IS HEREBY ORDERED** that the Unopposed Motion to Extend is **GRANTED.** The Federal Defendants' Reply is due May 3, 2010.

Dated: _____     _____

United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2010, a copy of the Federal Defendants' Motion to Extend Time was filed with the Clerk of the Court using CM/ECF System, and was served upon the following counsel of record for all parties to this proceeding by electronic means or by placing a copy in the United States Mail, first class:

Patricia T. Barmeyer
Lewis B. Jones
King & Spalding LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309

Attorneys for the Atlanta Regional Commission, the City of Atlanta, the Cobb Country-Marietta Water Authority, and the City of Gainesville, Georgia

Lee A. DeHihns, III
Benjamin Lee Snowden
Alston & Bird LLP
1201 W. Peachtree Street N.W.
Atlanta, GA. 30309

Attorneys for City of Columbus, Georgia

Bruce P. Brown
R. Todd Silliman
McKenna Long & Aldridge LLP
One Peachtree Center, Suite 5300
303 Peachtree Street
Atlanta, GA 30308

Attorneys for the State of Georgia

William S. Cox, III
W. Larkin Radney, IV
Haley A. Andrews
Lightfoot, Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203

Edward S. Allen
Thomas L. Casey, III
C. Grady Moore, III
Spencer M. Taylor
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

Attorneys for the Alabama Power Company

William M. Droze
Gregory W. Blount
Troutman Sanders LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, GA 30308

Attorneys for Gwinnett County, Georgia

Clyde Y. Morris, Jr.
3000 Brierfield Lake
Alpharetta, GA 30004

Attorney for the Lake Lanier Association

Clinton A. Vince
Orlando E. Vidal
Julie A. Weisman
Sullivan & Worcester LLP
1666 K Street, N.W.
Suite 700
Washington, D.C. 20006

Attorneys for the Southeaster Federal Power Customers, Inc.

Matthew H. Lembke
Joel M. Kuehnert
Bradley Arant Rose & White LLP
P.O. Box 830709
Birmingham, AL 35283-0709

Attorneys for the State of Alabama

Robert E. Sasser
Charlanna W. Spencer
R. Brian Tipton
Mathew J. Bauer
Sasser, Littleton & Stidham PC
One Commerce Street, Suite 700
Montgomery, AL 36104

Chad E. Stewart
Marsh, Cotter & Stewart, LLP
203 East Lee Street
P.O. Box 310910
Enterprise, Al. 36331

Attorneys for the Water Works and Sanitary Sewer Broad of Montgomery

James T. Banks
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Parker D. Thomson
Hogan & Hartson, LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1900
Miami, FL. 33131

Thomas R. Wilmoth
Donald G. Blankenau
Blackwell Sanders Peper Martin LLP

206 South 13th Street, Suite 1400
Lincoln, NE 68508

Attorneys for the State of Florida


/s/ Ruth Ann Storey