# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA (Jacksonville)

MDL - 1824 Tri-State Water Rights Litigation         **MOTION HEARING NOTICE**

Civil Case # 3:07-md-00001 PAM-JRK

Member cases:
    3:07-cv-00249 PAM-JRK
    3:07-cv-00250 PAM-JRK
    3:07-cv-00251 PAM-JRK
    3:07-cv-00252 PAM-JRK
    3:07-cv-01033 PAM-JRK
    3:08-cv-00233 PAM-JRK
    3:08-cv-00640 PAM-JRK

---

(x) TAKE NOTICE That a proceeding in this case has been scheduled for the place, date and time set forth below:

Courtroom 13 A
300 North Hogan Street
Jacksonville, Florida 32202

**Before the Honorable Paul A. Magnuson on Tuesday, June 8, 2010 @ 9:30 A.M., for oral argument on the Summary Judgment Motions. The date and time are firm**.

(Contact the undersigned with any questions at 651 848-1156)

SHERYL L. LOESCH, CLERK

Dated: March 25, 2010

*s/Suzanne M. Ruiz*
Suzanne M. Ruiz, Calendar Clerk

cc:    Counsel of Record